# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>NICKLOUS CORN<br><br>_____<br>*Defendant* | Case No. 2:19-MJ-267<br><br>RECEIVED BY: May<br>DATE: 10.15.2019   TIME: 3:00<br>U.S. MARSHAL  E/TN<br>GREENEVILLE, TN |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   NICKLOUS CORN                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 § U.S.C. 2 -  Possess with intent to distribute a Schedule II Controlled Substance
18 U.S.C. § 924(c)(1)(A)  -  Possession of a Firearm in Furtherance of Drug Trafficking

Date:   10/15/2019
_____
*Issuing officer's signature*

City and state:   GREENEVILLE, TENNESSEE
Cynthia Richardson Wyrick, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/19, and the person was arrested on *(date)* 10/24/19
at *(city and state)* Greeneville TN.

Date: 10/24/19
_____
*Arresting officer's signature*

DUSM M. Kaase
*Printed name and title*

10998732                    2074-1015-0105-Z